# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID HAYDEN

VERSUS

LOUISIANA INSURANCE GUARANTY
ASSOCIATION

NO.   2024 CW 1124

**FEBRUARY 24, 2025**

---

In Re:   Louisiana Insurance Guaranty Association, applying for
supervisory writs, 21st Judicial District Court, Parish
of Tangipahoa, No. 20233195.

---

**BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

    **WRIT DISMISSED.** Pursuant to correspondence from relator that
the parties have settled this case and all matters pending before
this court may be cancelled, this writ is dismissed.

**PMc**
**WIL**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
      FOR THE COURT